**JOSSERAND v. COE, Commissioner of Patents.**

No. 8784.

United States Court of Appeals District of Columbia.

Submitted May 15, 1945.

Decided June 18, 1945.

Messrs. Lester B. Clark, of Houston, Tex., and Emmett Leo Sheehan, of Washington, D. C., on the brief, for appellant.

Messrs. W. W. Cochran, Solicitor, United States Patent Office, and E. L. Reynolds, both of Washington, D. C., on the brief, for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

This appeal involves claims for reissuance of a patent previously granted relating to a drive-in theater. These claims were rejected, first, by the Patent Office and, again, by the District Court in a R.S. Section 4915[1] proceeding. One was rejected on the ground that it was not properly supported by the applicant's disclosure; the others, for the reason that they were either [1] the same as or broader than claims which he had abandoned in his previous application or [2] unpatentable over the prior art. We agree that appellant is not entitled to a patent upon these claims, for the reasons stated.

Affirmed.

[1] 35 U.S.C.A. § 63.